NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| REGINA WOODWARD and MARY THERESA CONTINO, | ) ) ) |
| Appellants, | ) ) |
| v. | ) Case No. 2D18-314 ) |
| JOANNE A. COWAN, individually and as Personal Representative of the Estate of Aloysius O'Connell, STEPHEN F. COWAN, MICHAEL COWAN and CHRISTOPHER COWAN, | ) ) ) ) ) ) |
| Appellees. | ) ) |

Opinion filed November 14, 2018.

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Sarasota County; Danielle Brewer, Acting Circuit Judge.

Gregg Horowitz, Sarasota, for Appellants.

Susan J. Silverman, Sarasota, for Appellees.


PER CURIAM.


Affirmed.


LaROSE, C.J., and VILLANTI and LUCAS, JJ., Concur.